**MAUSKOPF, J**

ORENSTEIN, M.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ORIGINAL

Kawahn Strachn

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

City of NewYork
Kareem Harrison

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. CV19-7319
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*



RECEIVED
DEC 26 2019
PRO SE OFFICE

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kawahn Strachn
Street Address: 85-15 101 Ave.
City and County: Queens
State and Zip Code: NY 11416
Telephone Number: (929) 888-2501, (718) 734-9776
E-mail Address: Kawahnstrachn300@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Kareem Harrison
Job or Title (if known): D.H.S. Police
Street Address: 1 Police Plaza
City and County: New York
State and Zip Code: NY 10007
Telephone Number:
E-mail Address (if known):

2

Defendant No. 2

    Name: City of New York
    Job or Title (if known):
    Street Address / City and County: 1 Police Plaza
    State and Zip Code: New York, NY 10007
    Telephone Number: [illegible]
    E-mail Address (if known):

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- [✓] State or local officials (a § 1983 claim)
- [ ] Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*1983 false Arrest*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

4

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

2402 Atlantic ave
Brooklyn NY, 11233

B. What date and approximate time did the events giving rise to your claim(s) occur?

12/26/16 at 2:40 pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

5

III.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

2402 Atlantic ave
Brooklyn NY 11233

B.  What date and approximate time did the events giving rise to your claim(s) occur?

12/26/16 at 2:40 pm

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 12/26/16 I walked in to Camba men shelter assistant director Marshall told me to come off the line and that he was going to search me in his office me and nobody else. I ask why? I know it was because of A Journment in Contemplation of dismissal that I got two weeks earlier. D.H.S. police took in the assistant director Marshall with is not D.H.S. Procedure. Officer Harrison

5

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

went in and out of my pockets while I was handcuffed they search me every where I felt violated, I didn't commit a crime so this was and an unlawful search. This again violated my fourth amendment to be free from an unreasonable search again which violated my Constitutional rights. D.H.S police went through my Coat, Shirt Jeans front pockets, back pockets wallet they

5

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

_____
_____
_____

B. What date and approximate time did the events giving rise to your claim(s) occur?

_____
_____
_____

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

even told me to take my hat off my head. They also told me to take off my boot where they found one bag of marijuana. I was ~~handcuff~~ handcuffed to a chair to ~~recive~~ receive a summons. I was ashamed, humiliated and embarrassed and my Constitutional rights and due process was violated for nothing. what constitute a reasonable?

5

CRC-3206 (5/12)

# Complaint/Information
## The People of the State of New York vs.

**Name (Last, First, MI):** Strachn Kawahn

**Street Address:** 2402 Atlantic Ave

**Apt. No:** —

**City:** Brooklyn   **State:** NY   **Zip Code:** 11233

**ID/License Number:** VT37753X   **State:** NY   **Type/Class:** Benefit ID   **Expires (mm/dd/yy):** —   **Sex:** M

**Date of Birth (mm/dd/yy):** 06/10/77   **Ht:** 5'11   **Wt:** 200   **Eyes:** BLK   **Hair:** BLK   **Plate/Reg:** —

**Reg State:** —   **Expires (mm/dd/yy):** —   **Plate Type:** —   **Veh Type:** —   **Make:** —   **Year:** —   **Color:** —

Side markings: 2015K013335  |  442049055

## The Person Described Above is Charged as Follows:

**Time 24 Hour (hh:mm):** 14:40   **Date of Offense (mm/dd/yy):** 12/26/16   **County:** Kings   **NYC White Copy**   **Precinct:** 73

**Place of Occurrence:** I/S/O 2402 Atlantic Ave

**In Violation of Section:** 221.05   **Penal Law** ☑

**Title of Offense:** Unlawful Possession of Marijuana

**Factual Allegations (describe offense):** AT T/P/O while conducting a rountine search Deponent found Deft in possession of two small baggies of alleged Marijuana in his right boot

**SPRINT #:**

**Defendant stated in my presence (in substance):** N/A

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of law.

**Complainant's Full Name Printed:** PO Kareem Harrison
**Rank/Full Signature of Complainant:** PO [signature]
**Date Affirmed (mm/dd/yy):** 12/26/16

**Agency:** DHSP   **Tax Registry #:** 559572   **Command Code:** 097

**The person described above is summoned to appear at NYC Criminal Court located at:** 1 Centre St   **Summons Part:** SAP   **County:** NY

**Date of Appearance (mm/dd/yy):** 03/20/16   **At:** 2 PM

**ORIGINAL**

One centre street 16th floor

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

punitive damages & Compensatory damages

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/26/19, 2019

Signature of Plaintiff ___Kawahn Strachn___

Printed Name of Plaintiff ___Kawahn Strachn___



# Lantern

## Laurel Hall

**Lantern Community Services**

85-15 101st Street

Ozone Park, NY 11416

December 26, 2019

To Who it may concern,

I am writing this letter as verification of residency for Mr. Kawahan Strachn is currently residing at the Laurel Hall Men's Shelter operated by Lantern Community Services who operates under contract with the New York City Department of Homeless Services (DHS) and, as a contract agency. He has been a resident at our shelter continuously without a break since 04/03/2019. All mail should be sent to 85-15 101st Ave Ozone Park, NY 11416.
Please contact me at (917) 201-7261 Ext 111 with any questions or concerns.


Thank you,

**Ernestine Milliner**
*Case Manager*
Lantern Community Services
emilliner@lanterncommunity.org

917-201-7261, Ext 111
85-15 101st Ave
Ozone Park, NY 11416

*Motive*
# Katz v United States

**Wherever a man maybe he is entitled to know that he will remain free from un constitutional searches and seizures.**

**The fourth amendment of the U.S. Constitution provides the right of the people to be secure in their person, houses, papers and effects against unreasonable searches and seizures shall issue no warrant but upon oath or affirmation.**

What constitute a reasonable search?

On 12/2/2016 I Kawahn Strachn walked in 2402 Atlantic ave Camba men shelter my temporary residence I was search and check which is procedure in a shelter. I put my belongings through the x-ray machine and I was searched with a body wand over my body for safety and was also told to empty my pockets. After passing search inspection I went upstairs to my dorm. After about ten minutes Officer Heckstall walk by and said hi and left. He came back with D.H.S. police and said that they was doing a room search. Officer Henery took out of my locker a small clip about the size of inch and a half. I told officer Henery I don't know if it is marijuana or tobacco and I just walked in. D.H.S. seized me then arrested me in the hallway and took me to D.H.S. office where they found nothing! I ask if I ask if I was going to jail? Officer Henery said yes. I stated that it might not be marijuana it might be tobacco when my cigars get small I combined them in cigarette paper. Officer Henery told me that I was going to jail anyway! I was taken to the 73 Precinct I was booked, photograph and fingerprinted and was put in a holding cell for hours before being transported to Corrections. I saw an attorney and was told I was that I was arrested for possession of a tiny clip of marijuana I ask if it was marijuana or tobacco? My attorney

stated that he did not know! I ask why it wasn't tested at the 73 precinct? If it was marijuana possession is not a crime it is a summons if not been convicted in the last three years it a hundred dollar fine no jail time. My attorney ask me how do I plea I said not guilty. I ask for the dismissal of the charge he said no. then I ask for an Adjournment in contemplation of dismissal through the court, the prosecutor and the judge consent I received one. An innocent person was subject to an illegal search do to Officer Henery negligence. Absence of the burden of proof I went to jail for a hunch! Officer Henery violated my procedure due process depriving a person of life, liberty or property by government officials. My fourth amendment, equal protection and cruel and inhumane treatment and unusual punishment inflicted and to add insult to injury D.H.S lock me up again 24 days lather for the same charge with violated my forth amendment again severe trespass of the body (see attachment) D.H.S officer Harrison had me handcuff behind my back and even handcuff to chair and the assistant director Marshall was present they found 1 bag but D.H.S said 2 bags of marijuana in my boots. They even told me to take of my boots! Officer Harrison called the 73 precinct they told him Officer Harrison to give a summons and I was free to go. So why was did I have to go through criminal procedure in the first place it was deliberate it was harassment and a double standard I was on It violated my fourth amendment of an unreasonable search. My liberty was taken from me far (3) days for the presumption of marijuana cruel and inhuman treatment for a citation. I was harassed in my opinion because I I was on trial with the New York city police Department and I was homeless due to circumstances beyond my control. Our founding father Thomas Jefferson stated that I hold these truths to be self-evident that all men not some are created equal. A police officer commits false arrest if he or she takes into custody or otherwise detain a person without consent or legal justification in other words a false arrest is arrest is an unjustified restriction of another person's liberty and freedom. False arrest represents a violation of constitutional right this type of violation allows the victim to overcome police immunity or other privilege and hold the offender liable. 1983 bars a person from using the color of the law to excuse a violation of constitutional right and

legal jurisprudence. The right not to be punished without due process of the law. Malicious prosecution is when a police officer arrest you without probable cause and with malice and forces you to defend false criminal charges. One main difference between malicious prosecution and false arrest is that malicious prosecution the police must have had a malicious intent by wrongfully arrest a citizen without probable cause with the harm me by subjecting me to court proceedings. In the police report Officer Henery stated that she saw me with a lit cigarette or alleged marijuana so **what constitute a reasonable search?**